680

----------------------------, a Minor, Appellant, v. THE
STATE OF NEVADA, Respondent.

No. 7867

October 30, 1975                          541 P.2d 911

*Morgan D. Harris,* Public Defender, and *Thomas L. Leen,*
Deputy Public Defender, Clark County, for Appellant.

*Robert List,* Attorney General, Carson City; *George E.
Holt,* District Attorney, and *Dan M. Seaton,* Deputy District
Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

Appellant, charged with rape, was found guilty of attempted
rape after a contested hearing before a juvenile referee.

The juvenile judge adopted the finding and adjudicated
appellant a delinquent; and, in this appeal the only contention
urges there was insufficient evidence to sustain the adjudica-
tion. We reject the contention.

The prosecutrix, appellant's schoolmate, testified: (1) appel-
lant grabbed her purse and pulled her behind a building at the
high school they attended; (2) she was forced to kiss and hug
appellant who continually beat her about the head and face,
at the same time poking her in the chest with a sharp stick; (3)
appellant forced her to have intercourse; and, (4) he threat-
ened to severely beat her if she reported the incident. Addi-
tionally, the victim immediately reported the incident to school
authorities; and, subsequently, to her mother. Testimony of the
mother also showed the victim (1) had a bruise on her chest
and, (2) suffered from "facial swelling."

Cross-examination raised some question as to whether or
not penetration was actually achieved; however, there is ample
evidence to show it was attempted.

In our view, the recited circumstances support the adjudication. See Sanders v. State, 90 Nev. 433, 529 P.2d 206 (1974), where we ruled that when a judgment is supported by substantial evidence, as in this case, it will neither be disturbed nor set aside.

Affirmed.